# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON, a.k.a. Ellis,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BURDICK, et al.,<br><br>　　　　　Defendants. | Case No.  07-cv-0453 LJO TAG<br><br>ORDER GRANTING REQUEST FOR SIGNED, BLANK SUBPOENA DUCES TECUM FORMS (Doc. 22).<br><br>ORDER DIRECTING THE CLERK OF COURT TO FORWARD PLAINTIFF THE REQUESTED FORMS, PURSUANT TO FED.R.CIV.P. 45(a)(3) |

Plaintiff Aurelius Augustinus Kenneth Peyton ("Plaintiff"), an inmate proceeding in forma pauperis in the instant pro se civil rights action, 42 U.S.C. § 1983, filed a "Request for Subpoena(s) Duces Tecum" on June 6, 2007. (Doc. 22). Plaintiff specifically asks the Clerk of Court to mail him five (5) "subpoenas, signed but otherwise in blank per Fed.R.Civ.P., Rule 45(a)(3), for production of documents and/or things under Fed.R.Civ.P., Rule 45(a)(2)(C)." (Id.).

Pursuant to Rule 45(a)(3), the clerk of the court, "shall issue a subpoena, signed but otherwise in blank, to a party requesting it . . .." Fed.R.Civ.P. 45(a)(3). In the instant case, the Defendants have filed their responsive pleadings to Plaintiff's original and amended complaints and discovery may commence. (Docs. 16, 21). Accordingly, Plaintiff's Rule 45(a)(3) request is due to be granted.

IT IS HEREBY ORDERED:

1.   Plaintiff's request for the issuance of five (5) signed, blank Subpoena Duces Tecum forms (Doc. 22), is GRANTED; and

2.   The Clerk of the Court is DIRECTED to forward Plaintiff the five (5) requested forms, pursuant to Fed.R.Civ.P. 45(a)(3).

IT IS SO ORDERED.

Dated:  **June 14, 2007**　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE