# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JEFFREY BURDICK, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-0453 LJO TAG<br><br>**ORDER ON PLAINTIFF'S EMERGENCY EX PARTE APPLICATION**<br>(Doc. 33.) |

　　In this 42 U.S.C. § 1983 action, incarcerated plaintiff Aurelius Augstinus Kenneth Peyton ("plaintiff") filed his July 19, 2007 emergency ex parte application to claim that staff at the Kern County Sheriff's "Lerdo" Detention Facility have obstructed plaintiff's preparation, photocopying, service and mailing of court papers.  Plaintiff's ex parte application references the facility's internal grievance procedures but seeks to bypass them to seek relief from "hindering and obstructing."

　　Plaintiff's ex parte application seeks improper relief beyond the scope of his first amended complaint.  This Court is not in a position to permit plaintiff to bypass internal grievance procedures.  Plaintiff must exhaust his administrative remedies.  The ex parte application addresses matters independent of this action.

　　On the basis of good cause, this Court DENIES plaintiff relief requested in his emergency ex parte application filed on July 19, 2007.

　　IT IS SO ORDERED.

**Dated:　July 19, 2007**　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1