# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON a.k.a. ELLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BURDICK, BAKERSFIELD POLICE DEPARTMENT,<br><br>　　　　　Defendants. | 1:07-cv-0453 LJO TAG<br><br>ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR LEAVE OF COURT TO DEPOSE PLAINTIFF INMATE PURSUANT TO FRCP 30(a)(2)(B) |

On January 25, 2008, Defendants filed an ex parte request for leave to depose Plaintiff at the place where Plaintiff is confined, in accordance with Fed.R.Civ.P. 30(a)(2)(B). (Doc. 41).

Good cause having been shown, the Court makes the following orders:

1. Defendants' ex parte request for leave of court to depose Plaintiff is GRANTED.

2. Plaintiff, Aurelius Augustinus Kenneth Peyton a.k.a. Ellis, is to appear for a deposition on February 8, 2008 at 10:00 a.m. at the Kern County Sheriff's Detention Facility located at 17695 Industrial Farm Road in Bakersfield, California.

IT IS SO ORDERED.

Dated: **January 25, 2008**　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE