UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON a.k.a. ELLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BURDICK, BAKERSFIELD POLICE DEPARTMENT,<br><br>　　　　Defendants. | 1:07-cv-0453 LJO TAG<br><br>ORDER GRANTING DEFENDANTS' AMENDED EX PARTE REQUEST FOR LEAVE OF COURT TO DEPOSE PLAINTIFF INMATE PURSUANT TO FRCP 30(a)(2)(B)<br><br>(Doc. 44) |

　　　　On January 25, 2008, Defendants filed an ex parte request for leave to depose Plaintiff at the place where Plaintiff is confined, in accordance with Fed.R.Civ.P. 30(a)(2)(B). (Doc. 41). The request was granted by order dated January 25, 2008. (Doc. 43). On January 28, 2008, Defendants filed an amended ex parte request, seeking an order allowing Plaintiff's deposition to be conducted on February 7, 2008, and to be videotaped and recorded stenographically. (Doc. 44). Good cause having been shown, the Court makes the following orders with respect to the amended ex parte request:

　　　　1. Defendants' amended ex parte request for leave of court to depose Plaintiff and to videotape such deposition is GRANTED;

　　　　2. Plaintiff, Aurelius Augustinus Kenneth Peyton a.k.a. Ellis, is to appear for a deposition on **February 7, 2008** at 10:00 a.m. at the Kern County Sheriff's Detention Facility located at 17695 Industrial Farm Road in Bakersfield, California; and

///

1  3. Defendants have the right to record the deposition testimony by videotape in addition to
2  recording the deposition stenographically.

4  IT IS SO ORDERED.

5  Dated:   **January 29, 2008**                                    /s/ **Theresa A. Goldner**
                                                                UNITED STATES MAGISTRATE JUDGE