# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON a.k.a. ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY BURDICK, etc. et al, <br><br> Defendants. | Case No. 1:07-cv-00453 LJO TAG <br><br> ORDER DENYING PLAINTIFF'S MOTION TO QUASH OR MODIFY SUBPOENAS FOR DEPOSITIONS AND PRODUCTION OF DOCUMENTS ON FEBRUARY 19, 2008 <br><br> (Doc. 47) |

On February 15, 2008, Plaintiff filed a motion to quash or modify subpoenas for depositions and production of documents. (Doc. 47). The body of the motion requests the Court to issue an order quashing or modifying subpoenas served by Defendants upon Anna Trammel on or about January 28, 2008, and upon Patti Bulkeley, Victor Lostaunau, and Herbert Thomas on or about January 31, 2008, calling for depositions and production of documents on February 19, 2008.

Plaintiff's motion fails to comply with the notice requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of California.

Accordingly, Plaintiff's motion to quash or modify subpoenas for depositions and production of documents on February 19, 2008 (Doc. 47), is DENIED.

IT IS SO ORDERED.

Dated:   **February 19, 2008**              /s/ Theresa A. Goldner
                                     UNITED STATES MAGISTRATE JUDGE

1