# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON,<br><br>  Plaintiff,<br><br>   vs.<br><br>JEFFREY BURDICK, et al.,<br><br>  Defendants. | CASE NO. CV F 07-0453 LJO TAG<br><br>**ORDER ON PLAINTIFF'S RECONSIDERATION REQUEST**<br>(Doc. 51.) |

In this 42 U.S.C. § 1983 action, incarcerated plaintiff Aurelius Augstinus Kenneth Peyton ("plaintiff") seeks reconsideration of Magistrate Judge Theresa Goldner's ("Judge Goldner's") February 19, 2008 order to deny plaintiff's motion to quash or modify subpoenas for depositions and document production. Plaintiff's reconsideration request is moot given that the subject depositions have occurred. Moreover, Judge Goldner's order is neither clearly erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); F.R.Civ.P. 72(a). As such, this Court DENIES plaintiff's reconsideration request.

IT IS SO ORDERED.

**Dated:   March 10, 2008**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE