1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AURELIUS AUGUSTINUS KENNETH              CASE NO. CV F 07-0453 LJO TAG
     PEYTON,
12                                           **ORDER ON PLAINTIFF'S MOTION TO STAY**
                            Plaintiff,       (Doc. 77.)
13          vs.

14   JEFFREY BURDICK, et al.,

15                     Defendants.

16   _____/

17          This Court DENIES as moot plaintiff's motion to stay proceedings on grounds that judgment was

18   entered April 29, 2008.

19          IT IS SO ORDERED.

20   **Dated:    May 1, 2008**                      **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                             1