1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AURELIUS AUGUSTINUS                    CASE NO. 1:07-cv-00453 LJO-JLT
     KENNETH PEYTON, AKA
12   Aurelius Augustinus Kenn
     Peyton, AKA Ellis,
13

14        Plaintiff,                        ORDER SETTING STATUS CONFERENCE

15               v.

16   JEFFREY BURDICK, Detective, et al.,

17        Defendant.
                                        /
18

19        On December 16, 2009, the Ninth Circuit Court of Appeals vacated the District Court's entry

20   of summary judgment and remanded this matter back to the Court for further proceedings.  (Doc. 90).

21   In light of this remand, the Court will set this matter for a status conference on February 24, 2010 at 9:30

22   p.m.  No later than February 17, 2010, each party shall file a report outlining the status of the case,

23   including whether criminal proceedings related to this case are still pending.

24        If criminal proceedings have terminated, the parties shall outline in their respective reports

25   whether further discovery should occur and the deadline for completion for discovery .  In addition, the

26   parties should outline other proposed deadlines in the case including dates for completion of non-

27   dispositive motions, dispositive motions, expert disclosure, expert discovery, settlement conference, pre-

28   trial conference and trial and any other future scheduling matters in this case.  Likewise, the parties

1   should include information about all other matters required by Fed. R. Civ. P. Rule 26(f).

2       Plaintiff shall appear telephonically at the conference and other parties are encouraged to appear

3   telephonically as well.

4       Plaintiff filed a Request for Subpoenas on January 15, 2010.  (Doc. 95).  In light of the need for

5   a status conference and further scheduling, the request is premature and will be denied without prejudice.

6   ACCORDINGLY, it is ordered:

7       1.  That a status conference in this matter will be set for Wednesday, February 24, 2010

8       at 9:30 a.m before the Honorable Jennifer L. Thurston, U.S. Magistrate Judge, at 1200

9       Truxton Avenue, Suite 120, Bakersfield, CA 93301.

10      2. Each party shall file a status report no later than February 17, 2010, as outlined in the

11      body of order.

12      3. Plaintiff shall appear telephonically at the conference and other parties are encouraged

13      to do so as well.

14      4.  Plaintiff's Request for Subpoenas (Doc. 95) is DENIED WITHOUT PREJUDICE

15      pending the completion of the status conference described herein.

16

17  IT IS SO ORDERED.

18  Dated:   **January 19, 2010**                          **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28