# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON, AKA Aurelius Augustinus Kenn Peyton, AKA Ellis,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BURDICK, Detective, et al.,<br><br>Defendant. / | CASE NO. 1:07-cv-00453 LJO-JLT<br><br>ORDER REGARDING PLAINTIFF'S EX PARTE MOTION RE STATUS CONFERENCE |

Pending before the Court is Plaintiff's "Ex Parte Motion for Orders on 02/24/10 Teleconference." (Doc. 97).

By previous order the Court set a telephonic status conference in this matter for Wednesday, February 24, 2010 at 9:30 a.m. In his motion, Plaintiff requests that the Court provide him with the "telephone number and any access codes" necessary to facilitate his telephonic appearance and further requests that the Court direct that the Kern County Sheriff's Department, which currently has Plaintiff in custody, provide him access to a telephone for this purpose. For good cause appearing, the Motion is GRANTED, IN PART, as follows:

1. Counsel for Defendants is directed to initiate a conference call at the designated time. Once the Plaintiff and counsel for the Defendants are all on the telephone

line, the call should then be placed to Judge Thurston's chambers at (661) 326-6620.

2. The Court directs Counsel for the Defendants to make the necessary arrangements with the Kern County Sheriff's Department, or his current place of confinement, so that Plaintiff will have access to the telephone where the conference call will occur.

3. In all other respects, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **February 12, 2010**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE