Michael E. Lehman, No. 133523
Michael G. Marderosian, No. 077296
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants DETECTIVE JEFFREY BURDICK and BAKERSFIELD POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINUS KENNETH PEYTON a.k.a. Ellis,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BURDICK, BAKERSFIELD POLICE DEPARTMENT,<br><br>Defendants. | Case No. 1:07-CV-0453 LJO JLT<br><br>**STIPULATED DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants DETECTIVE JEFFREY BURDICK and BAKERSFIELD POLICE DEPARTMENT be dismissed with prejudice in this case.

Dated: September 3, 2010.                    MARDEROSIAN, RUNYON,
                                              CERCONE & LEHMAN


                                              By:    /s/ Michael E. Lehman
                                              MICHAEL E. LEHMAN,
                                              Attorney for defendants above-named.

MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721

Peyton v. Burdick, et al.
U.S. District Court, Case No. 1:07-CV-0453 LJO TAG
1

Dated: September 01, 2010.

          /s/ A. K, Peyton
AURELIUS AUGUSTINUS KENNETH PEYTON, Plaintiff in Pro Per

## **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

Dated: September _7_, 2010.

/s/ Lawrence J. O'Neill_
THE HONORABLE LAWRENCE O'NEILL
Judge of the U. S. District Court

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

**Peyton v. Burdick, et al.**
**U.S. District Court, Case No. 1:07-CV-0453 LJO TAG**

2